■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DORIS BENTON, Appellant. (Appeal No. 2.)—Judgment unanimously affirmed. Same memorandum as in *People v Benton,* ([appeal No. 1] 166 AD2d 912 [decided herewith]). (Appeal from judgment of Supreme Court, Erie County, Marshall, J.—murder, second degree.) Present—Boomer, J. P., Green, Pine, Balio and Davis, JJ.